```
                 UNITED STATES DISTRICT COURT
                    DISTRICT OF MINNESOTA
              CIVIL CASE NO.: 24-2475 (DSD/DTS)
```

Julie Dalton, individually and
on behalf of all others
similarly situated,                              ORDER

      Plaintiffs,

   v.

Gap Inc. d/b/a
Banana Republic,

      Defendant.

Based upon the submitted Notice of Dismissal, which has been reviewed and approved by the undersigned, it is hereby ordered that all claims between the parties be dismissed without prejudice and without costs, disbursements, or fees to any party.

**LET JUDGMENT OF DISMISSAL BE ENTERED ACCORDINGLY.**

Dated: August 12, 2024        s/David S. Doty
                                David S. Doty, Judge
                                United States District Court